UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SAMUEL CULLEY, THOMAS PRICE and : 
ERVAN WATERS, : Civ. Action No. 1:18-cv-02385-LLS
 : 
Plaintiffs, : 
 : Hon. Louis L. Stanton
vs. : 
 : **Rule 7.1 Statement of**
RONALD MAURICE BEAN p/k/a : **ENTERTAINMENT ONE U.S. LP**
MATHEMATICS, KOBALT MUSIC : 
PUBLISHING AMERICA, INC., : 
ENTERTAINMENT ONE U.S., L.P., and : 
36 CHAMBERS LLC, : 
 : 
Defendants. : 
------------------------------------------------------------ X

Defendant Entertainment One US. L.P. as and for its Disclosure Statement Pursuant to F.R.C.P. 7.1, states as follows:

Entertainment One US L.P. is indirectly owned by Entertainment One Ltd. which is publicly held.

Dated: New York, New York
       May 29, 2018

                                        DANIEL J. AARON, P.C.

                                        s/Daniel J. Aaron, Esq.
                                        _____
                                        By:  Daniel J. Aaron, Esq.
                                        Attorney for Defendant
                                        Entertainment One US L.P.
                                        750 Third Avenue, Suite 1006
                                        New York, New York 10017
                                        (212) 684-4466